ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM J. GULLOTTA (CTBN 423420)
Assistant United States Attorney

 1301 Clay Street, Suite 340S
 Oakland, California 94612
 Telephone: (510) 637-3680
 FAX: (510) 637-3724
 William.Gullotta@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 17-0578 JSW |
|  Plaintiff, | DECLARATION OF FBI SPECIAL AGENT BETH ALVAREZ |
|  v. | |
| DAVID CONERLY, | |
|  Defendant. | |

I, Beth Alvarez, hereby affirm and state as follows:

1.     I am a Special Agent employed by the Federal Bureau of Investigation (FBI), currently assigned to the San Francisco Division. I have been so employed since November 2002. As a Special Agent of the FBI, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. My training consisted of approximately 16 weeks of FBI new agent classes during which I received instruction on various aspects of federal investigations. During my training to become a Special Agent of the FBI, I have studied a variety of criminal and national security investigations, including criminal enterprises, violent crime, terrorism, extortion, and other federal crimes. I am currently assigned to a violent crime squad, which investigates violent street gangs, bank robberies, illegal gun possession, and drug trafficking organizations in Alameda County.

2.     I understand that this declaration is being submitted in connection with a motion to suppress evidence filed by defendant David Conerly. Accordingly, this declaration is limited to some facts concerning that motion and does not include all the information I know about this defendant or the underlying investigation in this case.

3.     On November 2, 2017, the defendant was arrested by the Berkeley Police Department. I have read the police report, which describes the events before, during, and after the defendant's arrest. Attached hereto as Exhibit 1 is a true and correct copy of a Berkeley Police Department Report that describes the incident on November 2, 2017.

4.     On November 15, 2017, I sent an initial draft of my affidavit in support of an application for a warrant to search the defendant's cell phone to the U.S. Attorney's Office.

5.     On November 16, 2017, I collected the defendant's cell phone and other evidence from the Berkeley Police Department. No one has contacted me, and I am not aware of anyone having contacted anyone else at the FBI, to request the defendant's cell phone since the FBI took possession of the phone.

6.     On December 1, 2017, I provided revised language to the U.S. Attorney's Office to include in my affidavit in support of a warrant to search the defendant's cell phone.

7.     On December 7, 2017, the government submitted an application with my updated

1 | affidavit for a warrant to search the defendant's cell phone.

2 |      8.    On December 13, 2017, U.S. Magistrate Judge Kandis A. Westmore issued a warrant to
3 | search the defendant's cell phone.

4 |      9.    On December 13, 2017, after obtaining the search warrant, I checked the defendant's
5 | phone out of the FBI Evidence Control Unit and plugged it in to charge the battery. Once the battery
6 | was charged to 53%, I began to search the phone and learned that it was password-protected. This
7 | prevented me from searching the entire contents of the phone immediately; however, I was able to
8 | obtain some information from the phone, including the version of iOS software that was running on the
9 | phone.

10 |      10.    On December 13, 2017, after learning that the defendant's cell phone was password-
11 | protected, I contacted the FBI's Regional Computer Forensics Laboratory (RCFL) in Menlo Park,
12 | California, to find out if the RCFL would search the defendant's cell phone. I learned that the local
13 | RCFL was not able to bypass the password security feature and search the defendant's cell phone, and
14 | therefore I would need to send it to the FBI's Electronic Device Analysis Unit (EDAU) to find out if a
15 | solution is available.

16 |      11.    On December 13, 2017, I submitted a Mobile Device Unlock Request to the EDAU. The
17 | Intranet site that contains a link to the Mobile Device Unlock Request contains instructions not to submit
18 | the cell phone until contacted by someone from EDAU. I believe this is because there are many phones
19 | in the queue that other agents have requested to be unlocked by EDAU. I believe that once a request
20 | moves closer to the top of the queue, the EDAU will contact the special agent who sent in the request to
21 | ask for the phone to be submitted.

22 |      12.    On January 3, 2018, I contacted EDAU, which is based in Quantico, Virginia, to inquire
23 | about the status of the Mobile Device Unlock Request in this case. I learned that EDAU might have the
24 | ability to bypass the password security feature on the defendant's cell phone, but EDAU was not ready
25 | to act on my request.

26 |      13.    On February 5, 2018, I contacted EDAU to inform them that the defendant may elect to
27 | go to trial in the above-captioned case, and I asked if I could send in the defendant's phone before a trial
28 | date is set in this matter.

DECLARATION OF SPECIAL AGENT ALVAREZ
CR 17-0578 JSW                 2

14.     On February 6, 2018, EDAU told me that they could attempt to bypass the password security feature on the defendant's cell phone, but it is possible that the phone has encryption software that will slow down the process.  EDAU told me I could send the defendant's phone to EDAU.

15.     On February 7, 2018, before I shipped the defendant's cell phone to EDAU, I listened to a series of recorded telephone calls that the defendant made from the jail where he is currently being housed.  During a recorded call with a female, the defendant and the woman discussed whether she could access certain information for him, and the defendant provided the female with a password for her to use.  The defendant did not say this password would unlock his cell phone, but the password he gave to the woman included a six-digit number and I knew that some iPhones use a six-digit password.  I decided that I wanted to try that password on the defendant's cell phone to see if it would unlock the phone before I shipped the phone to EDAU in Quantico, Virginia.

16.     After learning this password, but before attempting to use it on the defendant's cell phone, I contacted the U.S. Attorney's Office to determine whether a new search warrant was required to search the defendant's cell phone.  In an abundance of caution, we decided to submit a new search warrant application.  In the new affidavit, I informed the Magistrate Judge that since the previous search warrant application, I learned that (a) the FBI might be able to bypass the password security feature; and (b) I may have discovered a password that could unlock the phone.

17.     On March 6, 2018, the government submitted an application for a warrant to search the defendant's cell phone.  In the affidavit, I notified the Magistrate Judge of the developments listed in the previous paragraph.

18.     On March 8, 2018, U.S. Magistrate Judge Donna M. Ryu issued a warrant to search the defendant's cell phone.

19.     On March 8, 2018, after obtaining the signed search warrant from Judge Ryu, I entered the password I heard on the recorded jail call into the defendant's phone, and it unlocked the phone.  I then connected the defendant's phone to a Cellebrite machine and downloaded an image of the defendant's phone.

20.     When I searched the defendant's phone on March 8, 2018, I located a photograph of a firearm that appears to be the same firearm that was seized from the defendant during his arrest on

1  November 2, 2017.

2      21.    Attached hereto as Exhibit 2 is a true and correct copy of the photograph referenced in

3  the paragraph above.  The information associated with this photograph indicates that it was taken on

4  October 31, 2017, at 9:49 a.m.  The firearm's serial number "HUL232" is visible in the photograph.

5      22.    Attached hereto as Exhibit 3 is a true and correct copy of a photograph provided by the

6  Berkeley Police Department.  I believe that the Berkeley Police Department took this photograph in

7  connection with the defendant's arrest on November 2, 2017, and it depicts the firearm that Berkeley PD

8  seized from the defendant following a struggle during his arrest.  The firearm's serial number

9  "HUL232" is visible in the photograph.

10     I declare under penalty of perjury that the above is true and correct to the best of my knowledge

11  and belief.

12  DATED: April 7, 2018                              Respectfully submitted,

13

14

15                                                   Beth Alvarez
                                                     FBI Special Agent
16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1



# Case Report

## Summary

**Print Date/Time:** 11/08/2017 11:58
**Login ID:** cob1\jlathrop
**Case Number:** 2017-000█

**ORI Number:**

Berkeley Police Department
CA0010300

### Case

**Case Number:** 2017-000█
**Location:** ████████

**Reporting Officer ID:** 14452 - Villarroel

**Incident Type:** ASSAULT/BATTERY FEL.
**Occurred From:** 11/02/2017 20:49
**Occurred Thru:** 11/02/2017 20:49
**Disposition:** PRINTED
**Disposition Date:** 11/06/2017
**Reported Date:** 11/02/2017 20:49 Thursday

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|-----|-----------|-----------|---------|-------------|--------|
| 1 | State | 12 | 11351 5 | Possession or purchase for sale cocaine base | 1 |
| 2 | State | 06 | 245 (A)(1) | Assault with deadly weapon other than a firearm | 1 |
| 3 | State | 19 | 29800 (a) | Felon or addict possess a firearm | 1 |
| 4 | State | 19 | 30305 (a) | Prohibited person own/possess ammunition | 1 |
| 5 | State | 19 | 32310 | Manufacture/sell large capacity magazine | 1 |
| 6 | State | 15 | 11370.1 (a) | Possess controlled substance while armed w/loaded firearm | 1 |
| 7 | State | 06 | 243 (E)(1) | Battery: spouse; ex spouse; dating; etc | 1 |
| 8 | State | 25 | 4573 | Bring controlled substance into prison or jail | 2 |
| 9 | State | 30 | 243 (B) | Battery on peace officer or emergency personnel | 2 |
| 10 | State | 30 | 69 | Threat of Violence upon an Executive Officer | 4 |
| 11 | State | 50 | 25400 (a) | Person carrying a concealed firearm | 1 |
| 12 | State | 12 | 11351 | Possess/Purchase for sale narcotics controlled substance | 1 |
| 13 | State | 25 | 667.5 (a) | Enhancement of prison terms for new offenses; prior prison terms (3 years) | 1 |
| 14 | State | 99 | Not found/ Not Listed | Statute or code not found or not listed - identify actual in narrative | 1 |
| 15 | State | 12 | 11351.5 | Possession or purchase for sale cocaine base | 1 |

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|------|-----|------|---------|-------|------|-----|---------|
| ARRESTED | 1 | Conerly, David Clayton, Jr. | HOMELESS BERKELEY, CA | (925) 428-8040 | Black | Male | █1977 39 |
| VICTIM | 1 | ████████ | ████████ BERKELEY, CA 94702 | (510) █ | Black | Female | █/1977 39 |

### Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|-----------|------|---------|-----------|------|-----|
| 21075 A | Conerly, David Clayton, Jr. | 2659 SACRAMENTO ST BERKELEY, CA 94702 | 11/02/2017 21:55 | ON-VIEW BY OFFICER | 39 |

### Property

CONERLY-000185



# Case Report
## Summary

| | |
|---|---|
| **Print Date/Time:** 11/08/2017 11:58 | Berkeley Police Department |
| **Login ID:** cob1\jlathrop | **ORI Number:** CA0010300 |
| **Case Number:** 2017-000 | |

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 11/03/2017 | EVIDENCE - FELONY | Ammunition | | | X4 .40 caliber ammunition. | 94704 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Currency, Notes, etc. | | | 27x $20, 10x $10, 12x$5, 37x $1, 3x Q, 3x n, and 8x p. $737.98 total. | 94703 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Drugs (Not Marijuana) | | | 4.85g AGW suspected cocaine base. | 94702 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Drugs (Not Marijuana) | | | 20.93 Grams AGW of Suspected Cocaine Base in a Clear Plastic Baggie. | 94701 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Blood/Biological | | | 1 buccal swab-Conerly | 94700 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Digital Audio | | | Victim's audio recorded statement | 94699 | 1 |
| 11/03/2017 | SAFEKEEPING | Miscellaneous | | | Suspected MARIJUANA | 94698 | 1 |
| 11/03/2017 | SAFEKEEPING | Miscellaneous | | | Set of car keys | 94697 | 1 |
| 11/03/2017 | SAFEKEEPING | Miscellaneous | | | Brown hairbrush | 94696 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Miscellaneous | | | Black Iphone | 94695 | 1 |
| 11/03/2017 | SAFEKEEPING | Miscellaneous | | | Black sunglasses | 94694 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Miscellaneous | | | Black Beanie | 94693 | 1 |
| 11/03/2017 | SAFEKEEPING | Miscellaneous | | | Black wallet with misc. credit cards. | 94692 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Ammunition | | | .40 Caliber bullets (8) | 94691 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Ammunition | | | .40 Caliber bullets (5) | 94690 | 1 |
| 11/03/2017 | SAFEKEEPING | Miscellaneous | | | Iphone charger | 94689 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Drugs (Not Marijuana) | | | .17 Grams of suspected Cocaine base NIK tested positive. | 94688 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Drugs (Not Marijuana) | | | .11 Grams of suspected Cocaine base NIK tested positive. | 94687 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Sports Equipment | | | Green/Yellow Aluminum bat | 94686 | 1 |
| 11/03/2017 | EVIDENCE - FELONY | Firearm - Handgun | GLOCK, INC. | 22 | Glock/ G22/ Green/black .40 caliber, Serial # HUL232, 1 extended | 94803 | 1 |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 12:30 | **Type:** Intake | 14431-Jason Baker | | 02004-Marianne Jamison | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94704 | | | |
| | **Remarks:** | | | | |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 11:51 | **Type:** Intake | 13282-Megan Jones | | 02354-John Jones | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94700 | | | |
| | **Remarks:** | | | | |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|

CONERLY-000186



# Case Report
## Summary

| | | | | Berkeley Police Department |
|---|---|---|---|---|
| **Print Date/Time:** | 11/08/2017 11:58 | | | |
| **Login ID:** | cob1\jlathrop | | **ORI Number:** | CA0010300 |
| **Case Number:** | 2017-000▇▇▇ | | | |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 12:01 | **Type:** Intake | 14452-Alex Villarroel | | 02004-Marianne Jamison | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94697 | | | |
| | **Remarks:** | | | | |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 12:02 | **Type:** Intake | 14452-Alex Villarroel | | 02004-Marianne Jamison | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94696 | | | |
| | **Remarks:** | | | | |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 12:03 | **Type:** Intake | 14452-Alex Villarroel | | 02004-Marianne Jamison | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94695 | | | |
| | **Remarks:** | | | | |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 12:04 | **Type:** Intake | 14452-Alex Villarroel | | 02004-Marianne Jamison | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94694 | | | |
| | **Remarks:** | | | | |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 12:04 | **Type:** Intake | 14452-Alex Villarroel | | 02004-Marianne Jamison | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94693 | | | |
| | **Remarks:** | | | | |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 12:05 | **Type:** Intake | 14452-Alex Villarroel | | 02004-Marianne Jamison | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94692 | | | |
| | **Remarks:** | | | | |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 12:54 | **Type:** Intake | 14452-Alex Villarroel | | 02004-Marianne Jamison | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94691 | | | |
| | **Remarks:** | | | | |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 12:53 | **Type:** Intake | 14452-Alex Villarroel | | 02004-Marianne Jamison | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94690 | | | |
| | **Remarks:** | | | | |

CONERLY-000187



# Case Report
## Summary

| | | | | Berkeley Police Department |
|---|---|---|---|---|
| **Print Date/Time:** | 11/08/2017 11:58 | | | |
| **Login ID:** | cob1\jlathrop | **ORI Number:** | | CA0010300 |
| **Case Number:** | 2017-000▮▮▮ | | | |

### Chain of Custody

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 12:06 | **Type:** Intake | 14452-Alex Villarroel | | 02004-Marianne Jamison | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94689 | | | |
| | **Remarks:** | | | | |

### Chain of Custody

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|

### Chain of Custody

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|

### Chain of Custody

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|

### Chain of Custody

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 11/06/2017 12:58 | **Type:** Intake | 14452-Alex Villarroel | | 02004-Marianne Jamison | |
| | **Code:** PROPERTY INTAKE | | | | |
| | **Tag Number:** | 94803 | | | |
| | **Remarks:** | | | | |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

**Routing:**

☒  BERKELEY POLICE DEPARTMENT

☐  DO NOT DISSEMINATE OR DISTRIBUTE

CONERLY-000188

## Case, Officer: COB1\HVillarroel, Supervisor: COB1\MParsons, Merg

**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # **2017-000███**

**CASE REPORT**

BPD-100 (rev. 03-29-2013)

### DETAILS

| OCCURRED INCIDENT TYPE | FOLLOW UP BUREAU | CRIME SCENE PERSONNEL | | TECH INFO. | SUBJECT |
|---|---|---|---|---|---|
| ASSAULT BATTERY FEL. | DOM. VIOLENCE | | | ☐ | ☒ IN CUSTODY |
| LOCATION OF OCCURRENCE | | NAME OF LOCATION OF OCCURRENCE | | | ☐ SUBJECT CITE RELEASE |
| Street / BERKELEY | | | | | |
| REPORTED DATE · TIME · DAY | OCCURRED FROM DATE · TIME · DAY | OCCURRED TO DATE · TIME · DAY | D.V. | DATE | ☐ COMPLAINT |
| 11/2/2017  20:49  THU | 11/02/2017  20:49  THU | 11/02/2017  20:49  THU | ☒ | ☐ | |

### OFFENSES

| SECTION | STATUTE DESCRIPTION | ATTEMPT · COMMIT | COUNTS |
|---|---|---|---|
| HS  11351.5 | Possession or purchase for sale cocaine base | Committed | 1 |
| PC  245 (A)(1) | Assault with deadly weapon other than a firearm | Committed | 1 |
| PC  29800 (a) | Felon or addict possess a firearm | Committed | 1 |
| PC  30305 (a) | Prohibited person own/possess ammunition | Committed | 1 |

### BURGLARY INFO / MODUS OPERANDI

| POINT OF ENTRY | METHOD OF ENTRY | ☐ ACCELERANT USED  ☐ DOOR KICK  ☐ MASK WORN  ☐ SHAVED KEY |
|---|---|---|
| | | ☐ ALARM DISABLED  ☐ EJACULATED  ☐ OPEN DOOR  ☐ STEER. COL. PRY |
| POINT OF EXIT | METHOD OF EXIT | ☐ APPROACHED FROM FRONT  ☐ FIRED WEAPON  ☐ OPEN WINDOW  ☐ STRUCK VICTIM |
| | | ☐ APPROACHED FROM REAR  ☐ FOLLOWED VICTIM  ☐ ORAL COPULATE  ☐ TAKEOVER |
| | | ☐ ASKED FOR CHANGE  ☐ GLASS REMOVED  ☐ PHONE DISABLED  ☐ TILL TAP |
| | | ☐ CLOSING/OPENING TIME  ☐ LOCK CHEAT  ☐ POWER DISABLED  ☐ USED LOOKOUT |
| BURGLARY TOOLS | WEAPON | ☐ CONVERTIBLE SLASH  ☐ LOCK PRY  ☐ PRY WINDOW / DOOR  ☐ USED CHEMICAL |
| | | ☐ DEFECATED  ☐ LOCK PUNCH  ☐ ROBBED NEAR ATM  ☐ WEAPON USED |
| | | ☐ DEMAND NOTE USED  ☐ LONE CLERK  ☐ SECURITY CAMERA  ☐ WINDOW SMASH |

### SUBJECTS
(ROLE: AR-ARRESTED, SU-SUSPECT, IP- INVOLVED PARTY, OP -OTHER PARTY, VI- VICTIM, WI- WITNESS, MP -MISSING PERSON)

| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | AGE |
|---|---|---|---|---|---|---|
| AR | Conerly , David | | B | M | ██1977 | 39 |
| ADDRESS | | PHONE | LICENSE | | STATE | PFN |
| HOMELESS BERKELEY, CA | | | | | | |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | |

| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | AGE |
|---|---|---|---|---|---|---|
| VI | ███████████████ | | B | F | ██1977 | 39 |
| ADDRESS | | PHONE | LICENSE | | STATE | PFN |
| ██████████████████████ | | | | | CA | |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | |

| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | AGE |
|---|---|---|---|---|---|---|
| | | | | | | |
| ADDRESS | | PHONE | LICENSE | | STATE | PFN |
| | | | | | | |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | |

| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | AGE |
|---|---|---|---|---|---|---|
| | | | | | | |
| ADDRESS | | PHONE | LICENSE | | STATE | PFN |
| | | | | | | |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | |

### UNIDENTIFIED SUSPECTS

### VEHICLES
(ROLE: ST-STOLEN, RC-RECOVERED, D-DAMAGED, E-EVIDENCE, SU-SUSPECT, IN-INVOLVED, RO-REGISTERED OWNER, O-OTHER)

| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
|---|---|---|---|---|---|---|---|
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | PAGE |
|---|---|---|---|
| Villarroel, Alex #11 | 11/03/2017  21:39 | Parsons, Mike  11/06/2017  01:12 | 1 of 10 |

Case 2017-030███    Page 1 OF 10

CONERLY-000189

**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # | 2017-000⬛⬛⬛

**CASE REPORT
CONTINUED**

BPD-101 (rev. 03-29-2013)

## ADDITIONAL OFFENSES

| SECTION | STATUTE DESCRIPTION | ATTEMPT · COMMIT | COUNTS |
|---|---|---|---|
| PC   32310 | Manufacture/sell large capacity magazine | Committed | 1 |
| HS   11370.1 (a) | Possess controlled substance while armed w/loaded firearm | Committed | 1 |
| PC   243 (E)(1) | Battery: spouse; ex spouse; dating; etc | Committed | 1 |
| PC   4573 | Bring controlled substance into prison or jail | Committed | 2 |
| PC   243 (B) | Battery on peace officer or emergency personnel | Committed | 2 |
| PC   69 | Threat of Violence upon an Executive Officer | Committed | 4 |
| PC   25400 (a) | Person carrying a concealed firearm | Committed | 1 |
| HS   11351 | Possess/Purchase for sale narcotics controlled substance | Committed | 1 |

## ADDITIONAL INVOLVED VEHICLES
ROLE: S - STOLEN R - RECOVERED, D - DAMAGED, E - EVIDENCE, SU-SUSPECT IN - INVOLVED, RO - REGISTERED OWNER, O - OTHER

| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
|---|---|---|---|---|---|---|---|
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | PAGE |
|---|---|---|---|
| Villarroel, Alex #11 | 11/03/2017 23:39 | Parsons, Mike | 11/06/2017  01:12 | 6 of 10 |

CONERLY-000190

# BERKELEY POLICE DEPARTMENT
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # **2017-000[████]**

## CASE REPORT
## CONTINUED

BPD-101 (rev. 03-29-2013)

## ADDITIONAL OFFENSES

| SECTION | | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
|---|---|---|---|---|
| PC | 667.5 (a) | Enhancement of prison terms for new offenses; prior prison terms (3 years) | Committed | 1 |
| PC | Not found/ Not listed | Statute or code not found or not listed - identify actual in narrative | Committed | 1 |
| HS | 11351.5 | Possession or purchase for sale cocaine base | Committed | 1 |
| SECTION | | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |

## ADDITIONAL INVOLVED VEHICLES
ROLE: S=STOLEN, R=RECOVERED, D=DAMAGED, E=EVIDENCE, SU=SUSPECT, IN=INVOLVED, RO=REGISTERED OWNER, O=OTHER)

| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
|---|---|---|---|---|---|---|---|
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |
| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | PAGE |
|---|---|---|---|
| Villarreal, Alex. #11 | 11/03/2017 23:39 | Parsons, Mike | 11/06/2017 04:12 | 3 of 10 |

CONERLY-000191



**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # | 2017-000[REDACTED]

**PROPERTY / EVIDENCE**

RPD-105 (rev. 03-20-2013)

### PROPERTY / EVIDENCE

(CODE: D = DAMAGED, DE = DESTRUCTION, E = EVIDENCE, F = FOUND, R = RECOVERED, K = SAFEKEEPING, SP = SEARCH WAR, FEL, SM = SEARCH WAR, MISD., S = STOLEN)

| CODE | QUANTITY | UNIT OF MEASURE | PROPERTY TYPE | SERIAL NUMBER | VALUE |
|------|----------|-----------------|---------------|---------------|-------|
| E | 1 | EACH | Sports Equipment | | $0,. |
| DESCRIPTION | | | | | |
| Green/Yellow Aluminum bat | | | | | |
| E | .11 | GRAMS | Drugs (Not Marijuana) | | $,.0 |
| DESCRIPTION | | | | | |
| .11 Grams of suspected Cocaine base NIK tested positive. | | | | | |
| E | .17 | GRAMS | Drugs (Not Marijuana) | | $,.0 |
| DESCRIPTION | | | | | |
| .17 Grams of suspected Cocaine base NIK tested positive. | | | | | |
| K | 1 | EACH | Miscellaneous | | $,.0 |
| DESCRIPTION | | | | | |
| Iphone charger | | | | | |
| E | 8 | EACH | Ammunition | | $,.0 |
| DESCRIPTION | | | | | |
| .40 Caliber bullets | | | | | |
| E | 5 | EACH | Ammunition | | $,.0 |
| DESCRIPTION | | | | | |
| .40 Caliber bullets | | | | | |
| K | 1 | EACH | Miscellaneous | | $,.0 |
| DESCRIPTION | | | | | |
| Black wallet with misc. credit cards. | | | | | |
| E | 1 | EACH | Miscellaneous | | $,.0 |
| DESCRIPTION | | | | | |
| Black Beanie | | | | | |
| K | 1 | EACH | Miscellaneous | | $,.0 |
| DESCRIPTION | | | | | |
| Black sunglasses | | | | | |
| E | 1 | EACH | Miscellaneous | | $,.0 |
| DESCRIPTION | | | | | |
| Black Iphone | | | | | |
| K | 1 | EACH | Miscellaneous | | $,.0 |
| DESCRIPTION | | | | | |
| Brown hairbrush | | | | | |
| K | 1 | EACH | Miscellaneous | | $,.0 |
| DESCRIPTION | | | | | |
| Set of car keys | | | | | |
| K | 3 | GRAMS | Miscellaneous | | |
| DESCRIPTION | | | | | |
| Suspected MARIJUANA | | | | | |
| E | 1 | EACH | Digital Audio | | $,.0 |
| DESCRIPTION | | | | | |
| Victim's audio recorded statement | | | | | |

### FIREARMS

(CODE: D = DAMAGED, DE = DESTRUCTION, E = EVIDENCE, F = FOUND, R = RECOVERED, K = SAFEKEEPING, SP = SEARCH WAR, FEL, SM = SEARCH WAR, MISD., S = STOLEN)

| CODE | MAKE / MODEL | GUN TYPE | CALIBER | FINISH | SERIAL NUMBER |
|------|--------------|----------|---------|--------|---------------|
| E | GLOCK, INC.   22 | Firearm - Handgun | .40 CALIBER | | HUL232 |
| | MAKE / MODEL | GUN TYPE | CALIBER | FINISH | SERIAL NUMBER |
| | MAKE / MODEL | GUN TYPE | CALIBER | FINISH | SERIAL NUMBER |
| | MAKE / MODEL | GUN TYPE | CALIBER | FINISH | SERIAL NUMBER |

| REPORTING OFFICER / # | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|-----------------------|---------------------|------------------------|---|------|
| Villarroel, Alex #11 | 11/03/2017 23:39 | Parsons, Mike | 11/06/2017 01:12 | 4 of 10 |

CONERLY-000192



## BERKELEY POLICE DEPARTMENT
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

**Case #** 2017-000[redacted]

### DOMESTIC VIOLENCE SUPPLEMENTAL REPORT

BPD-112 (rev. 03-28-2013)

### VICTIM

VICTIM NAME (LAST, FIRST, MIDDLE, SUFFIX)

| RACE | SEX | DOB | HEIGHT | WEIGHT | HAIR | EYES |
|------|-----|-----|--------|--------|------|------|
| B | F | /1977 | 5' 5 | 180 | BLK | BRN |

- ☐ OBTAINED PRIOR PROTECTIVE ORDER
- ☒ PRESENT AT SCENE
- ☐ INFLICTED DEFENSIVE WOUNDS
- ☐ PERSONAL ITEMS DESTROYED
- ☒ WITNESSES IDENTIFY THIS PERSON AS VICTIM

### SUSPECT

SUSPECT NAME (LAST, FIRST, MIDDLE, SUFFIX)

Conerly , David

| RACE | SEX | DOB | HEIGHT | WEIGHT | HAIR | EYES |
|------|-----|-----|--------|--------|------|------|
| B | M | 1977 | 5' 11 | 230 | BLK | BRN |

- ☐ OBTAINED PRIOR PROTECTIVE ORDER
- ☐ PRESENT AT SCENE
- ☐ INFLICTED DEFENSIVE WOUNDS
- ☐ PERSONAL ITEMS DESTROYED
- ☐ WITNESSES IDENTIFY THIS PERSON AS VICTIM

### PHYSICAL CONDITIONS

- ☐ COMPLAINT OF PAIN
- ☐ LACERATION(S)
- ☐ SCRATCHES / ABRASION(S)
- ☐ BROKEN BONE(S)
- ☐ BRUISE(S)
- ☐ SEVERE WOUND(S)

### PHYSICAL CONDITIONS

- ☐ COMPLAINT OF PAIN
- ☐ LACERATION(S)
- ☐ SCRATCHES / ABRASION(S)
- ☐ BROKEN BONE(S)
- ☐ BRUISE(S)
- ☐ SEVERE WOUND(S)

### EMOTIONAL CONDITIONS

- ☒ AFRAID
- ☐ IRRATIONAL
- ☐ REMORSEFUL
- ☐ PHYSICALLY AGGRESSIVE
- ☐ NERVOUS
- ☐ TEARFUL
- ☐ VERBAL THREATENING
- ☐ CALM
- ☐ CONFUSED
- ☐ DEPRESSED AFFECT
- ☒ ANGRY

### EMOTIONAL CONDITIONS

- ☐ AFRAID
- ☒ IRRATIONAL
- ☒ REMORSEFUL
- ☒ PHYSICALLY AGGRESSIVE
- ☐ NERVOUS
- ☐ TEARFUL
- ☒ VERBAL THREATENING
- ☒ CALM
- ☐ CONFUSED
- ☐ DEPRESSED AFFECT
- ☒ ANGRY

### SUBSTANCE USE

- ☐ DRUGS
- ☐ ALCOHOL
- ☐ NONE

### SUBSTANCE USE

- ☒ DRUGS
- ☒ ALCOHOL
- ☐ NONE

### WEAPONS

- ☐ KNIFE
- ☒ BLUNT OBJECT
- ☐ NONE
- ☐ GUN
- ☐ SHARP OBJECT
- ☐ HANDS / FEET
- ☐ CHEMICAL

### WEAPONS

- ☐ KNIFE
- ☐ BLUNT OBJECT
- ☐ NONE
- ☐ GUN
- ☐ SHARP OBJECT
- ☐ HANDS / FEET
- ☐ CHEMICAL

### SCENE

- ☐ BROKEN ITEMS
- ☐ PHONE NOT USABLE
- ☐ OTHER (DESCRIBE)
- ☐ BLOOD STAINS
- ☐ CLEAN / NEAT

### SCENE

- ☐ BROKEN ITEMS
- ☐ PHONE NOT USABLE
- ☐ OTHER (DESCRIBE)
- ☐ BLOOD STAINS
- ☐ CLEAN / NEAT

### BACKGROUND

**VI / SU RELATIONSHIP**
(CHECK ALL THAT APPLY)

- ☐ CHILD IN COMMON
- ☐ SPOUSE / FORMER SPOUSE
- ☐ COHABITANT / FORMER COHAB.
- ☒ ENGAGEMENT / FORMER ENGAGED
- ☒ DATING / FORMER DATING

**COMPLAINTS**
VI COMPLAINS OF:

- ☐ PRIOR DOMESTIC ABUSE
- ☐ PRIOR EMOTIONAL ABUSE
- ☐ PRIOR HARASSMENT
- ☐ PRIOR PROPERTY DAMAGE

**PRIOR HISTORY**
OFFENSES:

- ☐ 243(E)(1) PC
- ☐ 273.5 PC
- ☐ 166(A)(4) PC
- ☐ 273.6 PC
- ☐ 422 PC

**PROTECTIVE ORDERS**
VI / SU CURRENTLY HAS:

- ☐ NO PROTECTIVE ORDERS
- ☐ RETRAINING ORDER (ROAB)
- ☐ COURT PROTECTIVE ORDER
- ☐ TEMP. RESTRAINING ORDER
- ☐ COURT STAY AWAY ORDER
- ☒ EMER. PROTECTIVE ORDER

### CHILDREN IN COMMON

| LAST NAME | FIRST NAME | SEX | DOB | ADDRESS | LIVES WITH |
|-----------|------------|-----|-----|---------|------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### EVIDENCE

**PHOTOS TAKEN**
- ☐ VICTIM
- ☐ SUSPECT
- ☒ CRIME SCENE
- ☐ NONE

**STATEMENTS TAKEN**
- ☒ VICTIM
- ☐ SUSPECT
- ☐ CHILDREN
- ☐ OTHER
- ☐ NONE

**WEAPONS**
- ☐ FIREARM IN HOUSE
- ☐ IMPOUNDED
- ☒ TAKEN AS EVIDENCE

**WITNESSES PRESENT**
- ☒ NONE
- ☐ CHILDREN
- ☐ OTHER FAMILY
- ☐ FRIENDS
- ☐ NEIGHBORS

**MEDICAL TREATMENT**
- ☐ YES
- ☐ NOT NEEDED
- ☒ REFUSED
- ☐ EMT FIRST AID
- ☐ WILL SEEK ON OWN

**TRANSPORTED TO**
- ☐ ALTA BATES
- ☐ HIGHLAND HOSPITAL
- ☐ KAISER
- ☐ SUMMIT MEDICAL CENTER
- ☐ OTHER

### DISPOSITION

| SUSP. ARRESTED (NO CA REQUIRED) | ☒ YES ☐ NO | VI/SU DIFFICULTIES WITH ENGLISH ☐ YES ☒ NO |
|---|---|---|
| DV PAMPHLET GIVEN OUT | ☒ YES ☐ NO | PRIMARY LANGUAGE: |
| EPO REQUESTED | ☒ YES ☐ NO | TRANSLATOR: |
| EPO SERVED | ☒ YES ☐ NO | FOLLOW UP NECESSARY ☐ YES ☒ NO |

If the crime involved 273.5, 646.9, 273a, 273d, 422.6, 422.7, 422.75, or any sexual assault, fill out the PC 293 Victim Notification form.

SUPERVISOR NOTIFIED ☒ YES ☐ NO
NEXT SHIFT NOTIFIED ☐ YES ☒ NO
NOTIFIED VIA: ☐ VERBAL ☐ WRITTEN ☐ CAD ALERT
OUTSIDE AGENCIES NOTIFIED: Santa Rita Jail

**VICT. REQUEST CONFIDENTIALITY?** ☒ YES ☐ NO

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Villarroel, Alex #11 | 11/03/2017 23:39 | Parsons, Mike | 11/06/2017 01:12 | 5 of 10 |



**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # | 2017-000██ |

**VICTIM ADVISEMENT**

BPD-115 (rev. 02-29-2013)

### PC 293 VICTIM ADVISEMENT AND NOTIFICATION

The following notification shall be read to all persons reporting victim of any crime defined by California Penal Code Sections 220, 236.1, 261, 261.5, 262, 264, 264.1, 265, 266, 266a, 266b, 266c, 266e, 266f, 266j, 267, 269, 273a, 273d, 273.5, 285, 286, 288, 288a, 288.2, 288.3, 288.5, 288.7, 289, 422.6, 422.7, 422.75, 646.9, or 647.6. The victim's name may be withheld at the victim's request, or at the request of the victim's parent or guardian if the victim is a minor. The following notification should be read verbatim:

You are hereby notified that your name will become a matter of public record unless you request that your name not become a matter of public record. Please review the following two options and indicate your choice or preference:

☐   I want my name to be a matter of public record

☒   I **do not** want my name to be a matter of public record

| | |
|---|---|
| ☒ I have provided this advisement and the above selection reflects the wishes of the victim in this case. | VICTIM'S NAME <br> ██████ <br> DATE  11/02/2017   22:00 |
| OFFICER'S NAME <br> Villarroel, Alex #11 | PARENT/GUARDIAN (IF APPLICABLE) |

---

### VICTIM ADVISEMENT
### RIGHT TO ADVOCACY & SUPPORT

Per Penal Code Section 264.2 (a), whenever there is an alleged violation or violations of 243(e), 261, 261.5, 262, 273.5, 286, 288a, or 289, the law enforcement officer assigned to the case shall provide the victim of the crime with victims of domestic violence information as defined in 13701(c)(9)(g). This information is provided in the Berkeley Police pamphlet entitled, "Resources for Victims of Crime."

Per Penal Code Sections 679.04 and 264(b)(1), all victims of sexual assault (under Penal Code Sections 261, 261.5, 262, 264.1, 285, 288(a), (b), and (c)(1), 288a, and 289), shall have the right to have a victim advocate and at least one other support person of the victim's choosing present when law enforcement authorities, district attorneys, or defense attorneys conduct an interview.

Additionally, per Penal Code Section 264.2, law enforcement officers shall immediately notify the local rape victim counseling center whenever a victim of an alleged violation of PC 261, 261.5, 262, 286, 288a, or 289 is transported to the SART facility at Alameda County Hospital in Oakland (Highland) for a medical evidentiary or physical examination.

| | |
|---|---|
| ☐ I have provided this advisement to the victim in this case. | ☐ BAWAR notified |
| OFFICER'S NAME <br> Villarroel, Alex #11 | NAME OF SUPPORT PERSON |

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | PAGE |
|---|---|---|---|
| Villarroel, Alex #11 | 11/03/2017 23:39 | Parsons, Mike   11/06/2017  01:12 | 6 of 10 |

CONERLY-000194



**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
**TEL:** (510) 981-5900, **TDD:** (510) 981-5799, **FAX:** (510) 981-5744
**EMAIL:** police@cityofberkeley.info

Case # | **2017-000[████]**

**REPORT NARRATIVE**

BPD-108 (rev. 04-29-2013)

| NARRATIVE |
|---|

**Summary:**

On 11/02/2017 at approximately 2052 hours, I responded to the report of an assault with a deadly weapon via bat at [████]. The victim stated that the responsible was her ex-boyfriend David Conerly (who is a convicted felon CDC # [████]). The victim advised that Conerly threw the bat at her and hit her in the leg. She described him as a black male in his 40s wearing a black beanie hat with a black jacket and dark pants and was last seen walking southbound on Sacramento St. During an area check, Berkeley Police Officers located Conerly walking northbound on Sacramento. In an attempt to detain Conerly fled from BPD Officers. After a brief foot chase Conerly was detained. A Glock .40 caliber handgun with an extended magazine was discovered where Conerly was apprehended by BPD. While attempting to place Conerly into the back of my patrol car, he became aggressive, violent and combative. He hit BPD Officers, spat at them, and verbally threatened to kill them multiple times. Due to Conerly's combative behavior, he was placed in a WRAP restraint. As a result of the restraints being placed on Conerly and his constant aggressive behavior, BPD Officers had limited access to Conerly's pockets. A search incident to arrest of the areas accessible on Conerly's person revealed cocaine base packaged for sales, multiple .40 caliber pistol ammunition, and suspected marijuana. Conerly was arrested and transported to the Berkeley jail in the WRAP restraint device. A search at the jail revealed additional cocaine base packaged for sales in Conerly's jacket pocket. Conerly was transported to Alta Bates Hospital for a medical evaluation by Berkeley Fire Department. After being cleared at Alta Bates Hospital he was transported to Santa Rita Jail where the restraints were removed. A subsequent search at Santa Rita Jail revealed additional ammunition, US currency in small denominations, which are consistent with street level drug deals, and cocaine powder packaged for sales in his possession. All suspected cocaine base and cocaine powder were packaged for sales and tested presumptive positive.

**Investigation:**

On 11/02/2017 at approximately 2052 hours, I responded to the report of an assault with a deadly weapon via bat at [████]. At the time, I was in full BPD uniform and driving a marked patrol vehicle. When I arrived on scene I made contact with the victim. She stated that her ex-boyfriend (AR- David Conerly) had come to her residence in an intoxicated state. Fearing for her safety, she grabbed a bat that she had at the doorway. After a brief verbal altercation, Conerly grabbed the bat from her. Conerly then proceeded to throw the bat at the victim out of anger and hit her with the bat in her right thigh. She told Conerly that she was going to call the police and he left on foot.

The victim described Conerly as a black male in his 40's wearing a black beanie, black jacket and dark pants. He was last seen traveling southbound on Sacramento Street. I broadcasted an updated description of Conerly over the radio.

The victim later provided me with a recorded statement (entered into veripic) and the aluminum bat that Conerly threw at her.

I advised the victim of her confidentiality rights.

Shortly after my update and while I was still making contact with the victim in her residence, Officer Hom #89 broadcasted that he had located Conerly walking northbound on Sacramento Street from Derby Street. Realizing that location was near where I was, I exited the residence and ran outside. I then saw a black male that matched Conerly's description running eastbound into an alley way and Officer Hom pursuing him on foot. I began to chase after Conerly with Officer Hom while giving verbal commands to stop. I saw Conerly jump a waist high fence and continued to pursue him. Conerly then attempted to climb a second fence which was about 15 feet away from the first fence. He got about half way over the fence before Officer Hom grabbed by his black jacket and pulled him backwards off the fence. Conerly landed on his feet and began to turn to his right and flee away from Officer Hom. Due to the fact that Conerly had fled once before and was not listening to our lawful orders, I assisted Officer Hom in bringing Conerly to ground and placed him in handcuffs. Officer

| REPORTING OFFICER | DATE/TIME WRITTEN | REVIEWED BY SUPERVISOR | PAGE |
|---|---|---|---|
| Villarroel, Alex #11 | 11/03/2017 23:39 | Parsons, Mike | 11/06/2017 01:12 | 8F 10 |

Case 2017-000[███]   Page 7 OF 10

CONERLY-000195



## BERKELEY POLICE DEPARTMENT
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

**Case #** | **2017-000** ▓

**REPORT NARRATIVE**

BPD-103 (rev. 03-29-2013)

### NARRATIVE

Hom conducted a pat search for weapons which was negative.

I placed Conerly under arrest for domestic violence and obstruction. I assisted him to his feet. I walked him out of the area and towards my patrol vehicle.

While escorting Conerly, I observed that he kept trying to reach into his back pants pocket and empty them out. I ordered Conerly stop reaching into his pockets. Conerly said "Fuck you bitch. I'll fuck you up."

When I arrived at my patrol vehicle, I was met by Officer Breaux #15. I requested that Officer Breaux stand by with Conerly while I prepared my vehicle. Officer Breaux grabbed Conerly's left elbow and stood by. While I was unlocking my vehicle I heard Conerly yell, "Get the fuck off me bitch!" I then saw Conerly attempt to hit Officer Breaux's body with his left shoulder. I assisted Officer Breaux in controlling Conerly and guiding him to the ground. Due to Conerly's combative behavior and his refusal to follow our commands, we placed him in the WRAP restraint. Officer Martinez #21 and Officer Jones #14 assisted us in placing Conerly into the WRAP by attempting to control his legs. While doing so, Conerly kicked Officer Martinez with his right foot in the middle of her chest. During the application of the WRAP, Conerly verbally threatened multiple Officers stating "Get off me mother fucker before I kill your ass!" and "Fuck you bitch. I'm going to kill you." During the deployment of the WRAP, Conerly also purposely spit on Officer Breaux and Officer Martinez. A spit hood was placed on Conerly.

Prior to placing him in the WRAP restraint Officer Breaux and Officer Martinez conducted a search of Conerly. Officer Breaux searched Conerly's left jacket pocket and found a (half full) bottle of liquor, 2 rounds of unspent .40 caliber pistol ammunition and a .17 grams of a white rock-like substance. Which based on my training and experience, I believed to be cocaine base (see Officer Breaux's supplemental report for further details).

While attempting to deploy the WRAP, Officer Martinez conducted a search of Conerly's right jacket pocket. She located a pair of sunglasses, a hair brush, and a clear sandwich baggie that contained a white, rocky substance. Again, based on my training and experience, I believed it to be cocaine base. Due to the fact that Conerly was being combative and aggressive, Officer Martinez placed all of the items on the grass beside her and continued to try to restrain him.

Due to Conerly being restrained in the WRAP because of his violent and aggressive behavior, we were not able to conduct a thorough search of his person.

Once Conerly was restrained in the WRAP and placed in my patrol vehicle, Officer Martinez retrieved the items and located a .40 caliber unspent bullet near Conerly. Additionally, Officer Martinez located (5) .40 caliber unspent bullets on the sidewalk. Officer Breaux took custody of all six bullets.

I requested that Officer Martinez stand by my patrol vehicle. While she stood by Conerly, she noticed an abrasion on Conerly's upper right cheek. She requested Berkeley Fire Department for a medical evaluation. While waiting for BFD Conerly said to Officer Martinez "Fuck you, Ima kill yo white cracka ass" (see Officer Martinez's supplemental report for further details).

BFD arrived, but Conerly refused all medical services. Conerly continued to be verbally abusive.

On scene, I was informed by Officer Hom that he had located a Glock .40 caliber pistol with an extended magazine in the area where we initially detained Conerly. He also informed me that an additional 5 .40 caliber bullets were found on the sidewalk. These bullets were located on the exact path that I escorted Conerly to my vehicle in front of 2659 Sacramento Street. The bullets matched the other (6) bullets in caliber and color.

Officer Hom was assigned to stand by the (5) .40 caliber bullets on the sidewalk path (see Officer Hom's supplemental report for further details).

| REPORTING OFFICER | DATE/TIME WRITTEN | REVIEWED BY SUPERVISOR | PAGE |
|---|---|---|---|
| Villafuera, Alex #11 | 11/03/2017 23:39 | Parsons, Mike | 11/06/2017 01:12 | 8 of 10 |

CONERLY-000196



**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # | 2017-000[ ]

**REPORT NARRATIVE**

BPD-108 (rev. 03-29-2013)

## NARRATIVE

When I returned to the alley way where Officer Hom and I initially detained Conerly, I saw a Glock .40 caliber pistol with a black slide and a green grip and a high capacity magazine. It was located directly in the area where Officer Hom pulled Conerly backwards off of the fence. The magazine had a 30 round capacity. Additionally, I saw a black beanie style hat on the floor approximately 3 feet from where the pistol was. I initially saw Conerly wearing this beanie when Officer Hom and I initiated our foot pursuit. There was also an iPhone charger stuck on the bushes approximately two feet from the pistol.

I stood by the handgun as CSO Bolla made her way to the scene. Once she arrived, she took photographs of the handgun and documented while I cleared the weapon and rendered it safe. There were no bullets in the magazine or in the chamber of the handgun.

While clearing the handgun, I saw that the bottom clip of the extended magazine was missing. This missing clip would allow all of the bullets in the magazine to fall out.

I took custody of the evidence and Conerly's personal belongings.

I transported Conerly to the Berkeley jail. While in route, Conerly purposely hit his head on the plexiglass panel that divides the front and rear cabins of my patrol vehicle. When I told him to stop hitting his head he replied "Fuck you! You bitch ass nigga. I'm going to kill you bitch". Conerly then began to kick the door of my patrol vehicle and hit his head on the door window. Once again I told him to stop. He replied "Fuck you bitch! Wait til I get these cuffs off. Ima kill you."

When I arrived at the Berkeley Jail I requested the assistance of multiple officers due to Conerly's violent and aggressive behavior. We transported him into a safety cell where we attempted to remove the WRAP. We were able to remove the upper body portion of the restraint and conducted a search. The search revealed a white, rocky substance in Conerly's right jacket pocket. Which based on my training and experience, I believed to be cocaine base. A charge of PC 4573 (bringing contraband into a jail) was added.

Conerly complained of minor shoulder pain and Sgt. Bonaventure #S-10 determined that Conerly needed further medical assistance.

With the upper body portion of the WRAP released, Conerly once again became aggressive and violent. The decision was made to reapply the upper body portion of the WRAP.

Berkeley Fire department arrived at the Berkeley Jail and transported Conerly to Alta Bates Hospital to receive medical attention for his self-inflicted injuries.

After being deemed "fit for incarceration" by Alta Bates Hospital, Officer Baker #112 and Officer Muniz #30 transported Conerly to Santa Rita Jail. At Santa Rita jail, a mandatory search of Conerly was performed by Officer Baker. His search revealed $737.00 of US currency in small denominations, a plastic baggie that contained NIK tested positive presumptive cocaine powder, and (4) .40 caliber bullets. Officer Baker took custody of the evidence and later tested, weighed, and booked it into the Berkeley Police property room.

Due to the fact that Conerly knowingly brought narcotics into the Santa Rita Jail, a subsequent charge of PC 4573 (bringing contraband into a jail) was added.

All suspected Cocaine was NIK tested presumptive positive.

Officer Jones #14 obtained a warrant for a Buccal Swab DNA sample from Conerly (see Officer Jones' supplemental report for further details).

Officer Martinez assisted me in booking property and evidence into the Berkeley Police property room.

| REPORTING OFFICER: | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | PAGE |
|---|---|---|---|
| Villarroel, Alex #11 | 11/03/2017 23:39 | Parsons, Mike    11/06/2017  01:12 | 9  of 10 |

CONERLY-000197



**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL:  (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # | **2017-000**████

**REPORT NARRATIVE**

BPD-108 (rev. 03-20-2013)

**NARRATIVE**

A records check revealed that Conerly is a convicted felon (CDC #████████. He had multiple felony arrests for drug possession charges, drug sales charges, robbery, and firearms charges.

I believe that Conerly possessed the suspected cocaine for sales for the following reasons:

1. Conerly was in possession of approximately 20.38 grams of NIK tested presumptive positive cocaine base. This is more than a typical user would possess for personal use.

2. There was no user paraphernalia found to ingest cocaine.

3. Conerly is a convicted felon in possession of a firearm and ammunition.

4. Conerly has prior convictions for possession of cocaine base with intentions to sell.

5. Conerly was in possession of a large amount of money in small denominations which are consistent with street level drug deals.

6. Conerly was in possession of a cell phone. Normally phones would be used to make regular phone calls, but given the fact that Conerly has prior drug arrests, the cell phone is used as a tool to facilitate drug deals.

Conerly has been arrested numerous times for robbery, battery, possession of a controlled substance, possession of a controlled substance with the intention to sell.

**Disposition:**

I respectively request that the Alameda County DA's Office Charge Conerly for their respective crimes.

| REPORTING OFFICER | DATE/TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Villarroel, Alex  #11 | 11/03/2017  23:39 | Parsons, Mike | 11/06/2017  01:12 | 10  of  10 |

CONERLY-000198

## Case Supp, Officer: COB1\mcjones, Supervisor: COB1\CBonaventure,

**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # **2017-000**

**CASE REPORT
SUPPLEMENTAL**

BPD-109 (rev. 03-29-2013)

**ADDITIONAL OFFENSES**    SUSPECT [X] **IN CUSTODY**    SUSPECT [ ] **CITE RELEASE**    SUSPECT IDENTIFIED [ ] **COMPLAINT**

| SECTION | STATUTE DESCRIPTION | ATTEMPT · COMMIT | COUNTS |
|---|---|---|---|
| SECTION | STATUTE DESCRIPTION | ATTEMPT · COMMIT | COUNTS |

**ADDITIONAL SUBJECTS**
(ROLE: AR - ARRESTED, SU - SUSPECT, IP - INVOLVED PARTY, OP - OTHER PARTY, VI - VICTIM, WI - WITNESS, MP - MISSING PERSON)

| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
|---|---|---|---|---|---|---|---|
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |
| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |
| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |
| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |

**ADDITIONAL VICTIM VEHICLES**
(ROLE: S - STOLEN, R - RECOVERED, D - DAMAGED, E - EVIDENCE, SU - SUSPECT, IN - INVOLVED, RO - REGISTERED OWNER, O - OTHER)

| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
|---|---|---|---|---|---|---|---|
| COLOR TOP | COLOR BOTTOM | VIN | | DESCRIPTION | | | |

**ADDITIONAL INVOLVED VEHICLES**
(ROLE: S - STOLEN, R - RECOVERED, D - DAMAGED, E - EVIDENCE, SU - SUSPECT, IN - INVOLVED, RO - REGISTERED OWNER, O - OTHER)

| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
|---|---|---|---|---|---|---|---|
| COLOR TOP | COLOR BOTTOM | VIN | | DESCRIPTION | | | |

**ADDITIONAL PROPERTY / EVIDENCE**
(CODE: D - DAMAGED, DE - DESTRUCTION, E - EVIDENCE, F - FOUND, R - RECOVERED, SK - SAFEKEEPING, SW - SEARCH WAR, FEL - IN - SEARCH WAR, SOLD - S - STOLEN)

| CODE | QUANTITY | UNIT OF MEASURE | PROPERTY TYPE | SERIAL NUMBER | VALUE |
|---|---|---|---|---|---|
| E | 1 | EACH | Blood Biological | | |
| DESCRIPTION | | | | | |
| 1 buccal swab-Conerly | | | | | |
| CODE | QUANTITY | UNIT OF MEASURE | PROPERTY TYPE | SERIAL NUMBER | VALUE |
| DESCRIPTION | | | | | |
| CODE | QUANTITY | UNIT OF MEASURE | PROPERTY TYPE | SERIAL NUMBER | VALUE |
| DESCRIPTION | | | | | |
| CODE | QUANTITY | UNIT OF MEASURE | PROPERTY TYPE | SERIAL NUMBER | VALUE |
| DESCRIPTION | | | | | |

**ADDITIONAL FIREARMS**
(CODE: D - DAMAGED, DE - DESTRUCTION, E - EVIDENCE, F - FOUND, R - RECOVERED, SK - SAFEKEEPING, SW - SEARCH WAR, FEL - IN - SEARCH WAR, SOLD - S - STOLEN)

| CODE | MAKE / MODEL | GUN TYPE | CALIBER | FINISH | SERIAL NUMBER |
|---|---|---|---|---|---|
| CODE | MAKE / MODEL | GUN TYPE | CALIBER | FINISH | SERIAL NUMBER |

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Jones, Megan, #14 | 11/03/2017 04:17 | Bonaventure, Chris | 11/03/2017 05:17 | 1 of 2 |

CONERLY-000199



## BERKELEY POLICE DEPARTMENT
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # **2017-000**

**REPORT NARRATIVE**

BPD-108 (rev. 03-28-2013)

**NARRATIVE**

**ADDITIONAL INFORMATION:**

On 11/02/17, at 2049 hours, I was dispatched to [ ] for the report of a domestic violence incident where David Conerly struck his ex-girlfriend with an aluminum baseball bat. I was conducting an area check when Officer Hom stated that he had Conerly detained. I arrived at Sacramento and Carleton when I observed Conerly push against Officer Breaux #15 and start to fight him. I ran to assist Officer Breaux. Officer Breaux assisted Conerly to the ground and Officer Martinez and I attempted to take control of Conerly's legs. Conerly kicked back and struck me in the chest with his left foot. I grabbed onto his left leg and Officer Martinez and I put his legs into a "figure four" leg lock. I held onto his legs and used my body weight to hold him on the ground.

While he was on the ground he continued to resist, he was kicking and moving his body to try and get away from us. I stated, "Mr. Conerly stop resisting." He stated, "Fuck you bitch. I'm going to kill you. I'm gonna sue your ass bitch." Conerly stated things such as, "fuck you white bitch," "I'm going to kill you," "I'm tired of you bitch ass mother fuckers." While assisting in applying the WRAP to Conerly, he spat at BPD Officers, striking Officer Breaux's face and neck with saliva. Officer Martinez and I grabbed Conerly's head and neck and pushed him down to the ground so that Officers could apply a spit hood.

I authored a search warrant to take a DNA sample from Conerly. At 0103 hours, Honorable Keith Fudenna signed the search warrant.

I contacted Conerly at Santa Rita Jail. I told him that I was there to take a DNA sample from him and asked if he would consent to giving a sample. He stated, "Man, I ain't consenting to shit. What are you going to do beat the shit out of me?" I told him that I had a search warrant to take a sample from him. I showed him the search warrant specifically pointing out his name, that the warrant was for a DNA sample, and the Judge's signature. He continued to refuse to provide a sample stating that we would have to "beat him" to get a sample from him. He stated "I ain't giving you shit. Fuck you." I continued to explain to him that I had a warrant to take a sample. Eventually he allowed me to take a sample and stated, "Man, one day these cuffs will come off then we'll see what you get."

At 0250 hours, I took a buccal DNA sample from Conerly. I put the sample into the DNA envelope and sealed it. I booked the swab into the BPD Property Room as Evidence.

I mailed Conerly his copy of the search warrant return.

NFI

| REPORTING OFFICER | DATE/TIME WRITTEN | REVIEWED BY SUPERVISOR | PAGE |
|---|---|---|---|
| Jones, Megan #14 | 11/03/2017 04:17 | Bonaventure, Chris | 11/03/2017 08:17 | 2 of 2 |

**Case Supp, Officer: COB1\SaMartinez, Supervisor: COB1\MParsons,**



**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case #  **2017-000█████**

**CASE REPORT**
**SUPPLEMENTAL**
BPD-109 (rev. 03-29-2015)

| ADDITIONAL OFFENSES | | ☐ SUSPECT IN CUSTODY | ☐ SUSPECT CITE RELEASE | ☐ SUSPECT IDENTIFIED COMPLAINT |
|---|---|---|---|---|

| SECTION | STATUTE DESCRIPTION | | ATTEMPT / COMMIT | COUNTS |
|---|---|---|---|---|
| SECTION | STATUTE DESCRIPTION | | ATTEMPT / COMMIT | COUNTS |

**ADDITIONAL SUBJECTS**
ROLE: AR - ARRESTED, SU - SUSPECT, IP - INVOLVED PARTY, OP - OTHER PARTY, VI - VICTIM, WI - WITNESS, MP - MISSING PERSON

| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
|---|---|---|---|---|---|---|---|
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS - OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |
| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS - OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |
| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS - OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |
| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS - OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |

**ADDITIONAL VICITM VEHICLES**
ROLE: S - STOLEN, R - RECOVERED, D - DAMAGED, E - EVIDENCE, SU - SUSPECT IN- INVOLVED, RO - REGISTERED OWNER, O - OTHER

| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
|---|---|---|---|---|---|---|---|
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |

**ADDITIONAL INVOLVED VEHICLES**
ROLE: S - STOLEN, R - RECOVERED, D - DAMAGED, E - EVIDENCE, SU - SUSPECT IN- INVOLVED, RO - REGISTERED OWNER, O - OTHER

| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
|---|---|---|---|---|---|---|---|
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |

**ADDITIONAL PROPERTY / EVIDENCE**
CODE: D - DAMAGED, DE - DESTRUCTION, E - EVIDENCE, F - FOUND, R - RECOVERED, SF - SAFEKEEPING, SW - SEARCH WAR., SM - SEARCH WAR. MISD., S - STOLEN

| CODE | QUANTITY | UNIT OF MEASURE | PROPERTY TYPE | SERIAL NUMBER | VALUE |
|---|---|---|---|---|---|
| E | 20.9 | GRAMS | Drugs (Not Marijuana) | | |
| DESCRIPTION | | | | | |
| 20.93 Grams AGW of Suspected Cocaine Base in a Clear Plastic Baggie. | | | | | |
| CODE | QUANTITY | UNIT OF MEASURE | PROPERTY TYPE | SERIAL NUMBER | VALUE |
| DESCRIPTION | | | | | |
| CODE | QUANTITY | UNIT OF MEASURE | PROPERTY TYPE | SERIAL NUMBER | VALUE |
| DESCRIPTION | | | | | |
| CODE | QUANTITY | UNIT OF MEASURE | PROPERTY TYPE | SERIAL NUMBER | VALUE |
| DESCRIPTION | | | | | |

**ADDITIONAL FIRE ARMS**
CODE: D - DAMAGED, DF - DESTRUCTION, E - EVIDENCE, F - FOUND, R - RECOVERED, SF - SAFEKEEPING, SW - SEARCH WAR. FEL., SM - SEARCH WAR. MISD., S - STOLEN

| CODE | MAKE / MODEL | GUN TYPE | CALIBER | FINISH | SERIAL NUMBER |
|---|---|---|---|---|---|
| CODE | MAKE / MODEL | GUN TYPE | CALIBER | FINISH | SERIAL NUMBER |

| REPORTING OFFICER | DATE/TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Martinez, Samantha #21 | 11/03/2017 04:42 | Parsons, Mike | 11/04/2017  00:12 | 1  of  3 |

CONERLY-000201



**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # **2017-000███**

**REPORT NARRATIVE**

BPD-109 (rev. 03-29-2013)

## NARRATIVE

**Additional Information:**

On 11/02/2017 at 2049 hours, I was dispatched to an assault with a deadly weapon via bat from the residence of ███ ███. The victim identified the responsible as her ex-boyfriend, David Conerly. Conerly was described as a black male, about 40 years old. He was last seen wearing a black beanie hat, a black jacket and dark colored pants. The victim advised that Conerly left her residence southbound on Sacramento, on foot and was intoxicated.

I arrived in the area of the 2600 block of Sacramento Street and conducted an area check. Shortly after, Officer Hom #89 broadcasted that he observed a subject matching Conerly's description in the area of Sacramento Ave. and Derby Street. BPD Officers engaged in a foot pursuit and Conerly was detained in handcuffs.

I arrived at the intersection of Sacramento St. and Carleton Street and observed Officer Villarroel #11 walking Conerly towards his patrol vehicle. Conerly was handcuffed prior to my contact with him. Conerly was highly agitated and yelling "Fuck you, bitch" at Officer Villarroel. Officer Villarroel directed Officer Breaux and me to stand by Conerly as he prepared to conduct a search of Conerly's person.

Officer Breaux took custody of Conerly. During this time, Conerly yanked his body and elbow back at Officer Breaux in an aggressive manner. Officer Breaux and Officer Villarroel used a takedown to control Conerly. Officer Jones #14 and I took control of Conerly's feet as he was violently kicking back and forth and thrusting his body in attempts to resist arrest. During this time, Conerly used his right foot and kicked me in the middle of the chest. BPD Officers arrived on scene and deployed the full body WRAP restraint. As the WRAP was being deployed, I conducted a search of Conerly's right jacket pocket and located a pair of sunglasses, a hair brush and a clear sandwich baggie with an unknown substance located inside. I placed the items on the grass beside me, due to the fact that Conerly continued to fight with BPD Officers. Conerly was thrusting his body back and forth and resisted BPD Officer's commands to comply. Officer Jones and I held Conerly's neck down, in attempts to place a spit hood on his head. During this time, Conerly purposely spit on my arm and hand and on Officer Breaux's face and neck. After a several minute struggle with Conerly, he was secured in the back of Officer Villarroel's patrol vehicle.

I retrieved the baggie that I located on Conerly's person. The baggie contained a white, rocky substance. Based on my training and experience, I know the substance to be cocaine base. I took custody of the cocaine base. I recovered one .40 caliber bullet on the grassy area, approximately two feet from where I placed his belongings. Additionally, I recovered five .40 caliber bullets on the sidewalk. Officer Breaux informed me that he located 2 .40 caliber bullets from the search of Conerly's pocket. Officer Breaux took custody of all eight .40 caliber bullets. *See Officer Breaux's narrative for further details.*

Officer Villarroel requested that I stand by his patrol vehicle. I observed that Conerly had an abrasion to his upper right eye and cheek. I requested the Berkeley Fire Department for a medical evaluation of Conerly. I advised Conerly that he would be seen by the Berkeley Fire Department for his injuries, when he stated, "Fuck you, Ima kill yo white cracka ass." BFD Engine #1 arrived on scene. Conerly was abrasive and aggressive with the paramedics and repeatedly stated, "Fuck you." Conerly was uncooperative and refused further medical services.

Subsequently, Officer Villarroel transported Conerly to the Berkeley City Jail. I arrived at the BPD Sallyport and assisted BPD Officers. Conerly made contact with me through the window and repeatedly stated, "Ima kill you, you white cracka bitch." Conerly became angry and banged his head multiple times on the Plexiglas's partition of Officer Villarroel's patrol vehicle. I observed multiple smudge marks on the glass partition and blood coming through Conerly's spit mask. I attempted to calm Conerly down and advised him multiple times to stop hitting his head. He ignored me and stated "Fuck you bitch. Take these handcuffs off me and I'll kill you white bitch." In fear that Conerly may harm himself further, Officer Villarroel, Officer Hom, Officer Baker and I transported Conerly into the Berkeley City Jail Safety Cell.

| REPORTING OFFICER | DATE/TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Martinez, Samantha #21 | 11/03/2017 04:42 | Parsons, Mike | 11/04/2017 00:19 | 2 of 3 |

CONERLY-000202



**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # | **2017-000** [ ]

**REPORT NARRATIVE**

BPD-108 (rev. 03-29-2013)

| **NARRATIVE** |
|---|

Sgt. Bonaventure #S-10 arrived on at the safety cell and determined that Conerly needed further medical assistance. Berkeley Fire Department, Engine #2 arrived on scene and transported Conerly to Alta Bates for further medical attention for his self-inflicted injuries.

I assisted Officer Villarroel in booking evidence recovered at the scene. All evidence was booked into the Berkeley Property Room. I tested and weighed the baggie of suspected cocaine base. It was Nik Test positive and weighed 20.93 Grams AGW. I booked the suspected cocaine into the Narcotics Safe.

*No further information.*

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Martinez, Samantha #21 | 11/03/2017 04:42 | Parsons, Mike | 11/04/2017 00:19 | 3 of 3 |

Case Supp 2017-000[ ]Page 3 OF 3

CONERLY-000203

**Case Supp, Officer: COB1\JBaker, Supervisor: COB1\CBonaventure,**

**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # **2017-000███**

**CASE REPORT SUPPLEMENTAL**
BP2-109 (rev. 03-29-2015)

| ADDITIONAL OFFENSES | | SUSPECT [X] IN CUSTODY | SUSPECT [ ] CITE RELEASE | SUSPECT IDENTIFIED [ ] COMPLAINT |
|---|---|---|---|---|
| SECTION | STATUTE DESCRIPTION | | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | | ATTEMPT / COMMIT | COUNTS |

**ADDITIONAL SUBJECTS**
ROLE: AR=ARRESTED, SU=SUSPECT, IP=INVOLVED PARTY, OP=OTHER PARTY, VI=VICTIM, WI=WITNESS, MP=MISSING PERSON

| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
|---|---|---|---|---|---|---|---|
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |
| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |
| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |
| ROLE | LAST, FIRST, MIDDLE, SUFFIX (OR BUSINESS NAME) | | RACE | SEX | DOB | | AGE |
| ADDRESS | | PHONE | LICENSE | | | STATE | PFN |
| BUSINESS / OTHER ADDRESS | | BUSINESS / OTHER PHONE | EMAIL ADDRESS | | | | |

**ADDITIONAL VICITM VEHICLES**
ROLE: ST=STOLEN, R=RECOVERED, D=DAMAGED, E=EVIDENCE, SU=SUSPECT, IN=INVOLVED, RO=REGISTERED OWNER, O=OTHER

| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
|---|---|---|---|---|---|---|---|
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |

**ADDITIONAL INVOLVED VEHICLES**
ROLE: ST=STOLEN, R=RECOVERED, D=DAMAGED, E=EVIDENCE, SU=SUSPECT, IN=INVOLVED, RO=REGISTERED OWNER, O=OTHER

| ROLE | PLATE | STATE | YEAR | MAKE | MODEL | STYLE | VEHICLE TYPE |
|---|---|---|---|---|---|---|---|
| COLOR TOP | COLOR BOTTOM | VIN | | | DESCRIPTION | | |

**ADDITIONAL PROPERTY / EVIDENCE**
CODES: D=DAMAGED, DE=DESTRUCTION, E=EVIDENCE, F=FOUND, R=RECOVERED, K=SAFEKEEPING, SP=SEARCH WAR, FEL, SM=SEARCH WAR, MISD, S=STOLEN

| CODE | QUANTITY | UNIT OF MEASURE | PROPERTY TYPE | SERIAL NUMBER | VALUE |
|---|---|---|---|---|---|
| E | 4.85 | GRAMS | Drugs (Not Marijuana) | | |
| DESCRIPTION | | | | | |
| 4.85g AGW suspected cocaine base. | | | | | |
| E | 737 | SET | Currency, Notes, etc. | | $,,737 |
| DESCRIPTION | | | | | |
| 27x $20, 10x $10, 12x$5, 37x $1, 3x Q, 3x n, and 8x p. $737.98 total. | | | | | |
| E | 4 | EACH | Ammunition | | |
| DESCRIPTION | | | | | |
| X4 .40 caliber ammunition. | | | | | |
| CODE | QUANTITY | UNIT OF MEASURE | PROPERTY TYPE | SERIAL NUMBER | VALUE |
| DESCRIPTION | | | | | |

**ADDITIONAL FIREARMS**
CODES: D=DAMAGED, DE=DESTRUCTION, E=EVIDENCE, F=FOUND, R=RECOVERED, K=SAFEKEEPING, SP=SEARCH WAR, FEL, SM=SEARCH WAR, MISD, S=STOLEN

| CODE | MAKE / MODEL | | GUN TYPE | CALIBER | FINISH | SERIAL NUMBER |
|---|---|---|---|---|---|---|
| CODE | MAKE / MODEL | | GUN TYPE | CALIBER | FINISH | SERIAL NUMBER |

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Baker, Jason #112 | 11/03/2017 05:55 | Bonaventure, Chris | 11/03/2017 06:44 | 1 of 2 |

CONERLY-000204



**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # **2017-000**████████

**REPORT NARRATIVE**

BPD-108 (rev. 03-29-2013)

## NARRATIVE

**NARRATIVE:**

On 11/2/2017 at approximately 2106 hours, I arrived in the area of Sacramento St and Derby St to assist officers who were chasing an assault suspect on foot. The suspect was identified as David Conerly (PFN-████). Upon my arrival, BPD officers were attempting to detain Conerly. I retrieved a "WRAP" from the back of a patrol vehicle, and began preparing it to be placed on Conerly. I handed the three pieces to the BPD officers detaining Conerly, in the order of the ankle wrap, the leg wrap, and then the torso wrap. Conerly, spat in the face of Officer Breaux #15, and actively resisted throughout the deployment of the "WRAP". Conerly was successfully restrained in the "WRAP", and placed in the back of a patrol vehicle. I saw no visible injuries on Conerly at the time, and Conerly was not complaining of any injuries either. Conerly was transported to the Berkeley city jail.

While at the Berkeley city Jail, Conerly refused to answer the standard questions for entry into the Berkeley city jail. Conerly began attempting to kick out the rear driver side window of the vehicle that he was in. Conerly then began hitting his head against the inside of the police patrol vehicle. Conerly was taken out of the patrol vehicle and into the Berkeley city jail. Conerly was placed in the "Safety Cell" and searched by BPD officers. It was determined that Conerly would have to be taken to Santa Rita Jail, and he was brought back out to the patrol vehicle. Conerly complained of pain in his shoulder, and began hitting his head against the inside of the patrol vehicle again. BFD responded, and examined Conerly. BFD elected to administer a sedative to Conerly based on his erratic and violent behavior.

At approximately 2305 hours, Sgt Boneventure S-10 requested that I escort David Conerly (DOB-████████ to Alta Bates Hospital to get a "Fit For Incarceration". I rode in the ambulance with Medic 2 of BFD. Conerly was complaining of pain in his shoulder, and had 2 lacerations below his right eye.

Conerly was declared "Fit For Incarceration" by Alta Bates Hospital Staff, and I transported Conerly to Santa Rita Jail with Officer Muniz #30. While completing the booking process at Santa Rita, I conducted the mandatory search of Conerly, and located a large amount of money, .40 caliber ammunition, and a clear plastic baggie containing a white powdery substance that I recognized as suspected cocaine, in Conerly's right front pants pocket.

The money consisted of various denominations of US currency, and was not in his pocket in any sort of organized fashion. I later counted the money and found Conerly to have been in possession of 27x $20, 10x $10, 12x $5, and 37x $1. Conerly also had some coinage in his pocket that consisted of 3x quarters, 3x nickels, and 8x pennies. Conerly had a total of $737.98 on his person.

The four rounds of ammunition were .40 caliber, and made by Winchester.

Based on my training and experience, I suspected that the substance in the clear plastic baggie was cocaine. I believed the substance was cocaine, based on the material used to package the substance, and the consistency of the white powdery substance inside. I later NIK Kit Tested the substance, and it showed presumptive positive for cocaine. I weighed the suspected cocaine, and found it to be approximately 4.85g AGW (Including plastic baggie).

I later booked the evidence into the Berkeley property room.

Nothing further.

| REPORTING OFFICER | DATE/TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Baker, Jason #112 | 11/03/2017 05:35 | Boneventure, Chris | 11/03/2017 06:44 | 2 of 2 |

CONERLY-000205

Case Number: 2017-000██, ORI: CA0010300.

## Case Narr, Officer: cob1\samartinez, Supervisor: cob1\dlindenau,

 **BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # **2017-000**███

**REPORT NARRATIVE**

BPD-108 (rev. 03-29-2013)

### NARRATIVE

**Additional Information:**

On 11/03/2017, Officer Villarroel #11 informed me that an Emergency Protective Order was granted for the Victim. He requested that I serve the victim and Conerly with the EPO.

On 11/04/2017 at 1830 hours, I contacted the victim and provided her with a copy of the EPO and a BPD Victim of Crime Pamphlet. I contacted Santa Rita Jail, Records Department and was advised to fax the EPO for service. Deputy Gonzales # 2188 informed me that he served Conerly with a copy of the EPO.

A copy of the served EPO was returned via fax and added to the report.

*No further information.*

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Martinez, Samantha #21 | 11/05/2017 00:39 | Lindenau, David | 11/05/2017 01:17 | 1 of 1 |

Case Narr 2017-000██ Page 1 OF 1

CONERLY-000206

## Case Narr, Officer: COB1\DBreaux, Supervisor: COB1\MParsons, Mer

**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

**Case #** 2017-000█

**REPORT NARRATIVE**

BPD-103 (rev. 03-29-2013)

### NARRATIVE

**Case Supplemental:**

On 11/2/17 at approximately 2049 hours, there was a report of an assault with a deadly weapon via bat at █
█ AR-David Connerly was detained after a brief foot chase. I arrived on scene to assist Ofc. Villarroel #11 with placing Connerly into the back of the police car after he was determined to be under arrest. Ofc. Villarroel requested I stand by with Connerly while he prepared the vehicle. I held onto Connerly's left elbow with my right hand in order to maintain control of him. When I did this, Connerly stated, "Get the fuck off of me bitch!" and pulled his left elbow away from my hand. Connerly then attempted to push me away by hitting his left shoulder against my body. I then assisted Connerly to the ground by pulling on his left elbow and sweeping his left leg. Connerly's head did not hit the ground as a result of this motion. Ofc. Villarroel came to assist me with controlling Connerly. The decision was made to place Connerly in a WRAP due to his combative, resistive behavior and his inability to comply with commands.

Before we placed Connerly in the WRAP, I conducted a search of the left side of his person. In Connerly's lower left jacket pocket, I located a small (half full) bottle of liquor, 2 rounds of .40 caliber pistol ammunition, and a small white rock-like substance that based on my training and experience I believed to be cocaine base. In Connerly's left pants pocket, I located a small plastic bag containing a green leafy substance I believed based on my training and experience to be suspected marijuana. I placed the items into a paper bag and then assisted with applying the WRAP on Connerly. During this time, Connerly was yelling threats and profanities at me and the other officers. Connerly yelled out while looking at me, "Get off me mother fucker before I kill your ass!" When I moved to the front of Connerly to assist with fastening a portion of the WRAP he said, "I've had it with you bitch ass mother fuckers." Connerly then took a deep breath and spat saliva directly onto my face and neck. The other officers then pushed Connerly face down in order to apply a spit hood and prevent him from spitting on other officers. The other officers were eventually able to complete the application of the WRAP and placed Connerly in the back of the police car. Ofc. Martinez #21 recovered 6 rounds of .40 caliber pistol ammunition (identical to the ones I found in Connerly's pocket) from the ground where Connerly was lying. Ofc. Martinez handed me the rounds and I took custody of them. I then turned over custody of the rounds and all of the items I located in Connerly's pockets to Ofc. Villarroel.

I followed Villarroel to the Berkeley Jail to assist with the booking process due to his violent and resistive behavior. While Connerly was in the rear of the vehicle in the sally port, he continued to yell threats to me. Connerly stated, while looking at me, "Get me the fuck out of here! I know what time you get off and walk through those gates. I'll come find your bitch ass." Connerly then started kicking the left rear window of the patrol car and also slammed the right side of his head into the glass portion of the vehicle's cage multiple times while yelling, "Get me the fuck out of here!"

Nothing further.

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Breaux, Daniel #15 | 11/03/2017 01:03 | Parsons, Mike | 11/03/2017 04:29 | 1 of 1 |

Case Narr 2017-00█ Page 1 OF 1

CONERLY-000207

Case Number: 2017-000    ORI: CA0010300.                                  Page: 24 of 36

## Case Narr, Officer: cob1\nhom, Supervisor: COB1\MParsons, Merged



**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case #   **2017-000**

**REPORT NARRATIVE**

BPD-168 (rev. 03-29-2013)

| NARRATIVE |
|---|

**Supplemental Narrative:**

On 11/2/17, at about 2055 hours, I responded to the area of Sacramento St. and Derby St. regarding the report of an assault (via bat) with the responsible last seen walking away from the scene on foot. The victim identified the responsible as AR - David Connerly. The victim advised that Connerly was a black male adult, about 40 years old, last seen wearing a black beany hat, black jacket, and dark colored pants.

I arrived in the area and conducted an area check. At the time, I was dressed in full BPD uniform and driving a marked BPD patrol vehicle #1815. As I drove northbound on Sacramento St. approaching Derby St. I observed a BMA walking westbound in the north crosswalk of the intersection, who matched the description provided by the victim (BMA, 40's, black beany hat, black jacket, and dark pants). I oriented my patrol vehicle in the middle of the intersection, about 5 feet south of Connerly and yelled out my passenger window "David, stop right there."

Connerly proceeded to stop, look directly at me, and then walk northbound on Sacramento St. in the southbound lanes. I activated my emergency lights and started following him northbound, continuing to yell out my window "David, stop."

Connerly then began running northbound. I parked my car and started chasing after him on foot. He made an eastbound turn through the northbound lanes of Sacramento St. I followed Connerly as he ran through an alley way which was between 2661 Sacramento St. and 2675 Sacramento St. I advised responding units that he was jumping the fence between the buildings. At no point did I lose sight of Connerly during the foot chase.

I jumped over the first fence and saw that Connerly was about halfway over a second fence which was about 15 feet east of the first fence. I ran up from behind Connerly and pulled him backward off of the fence by his black jacket. He landed on his feet about 3 feet west of the fence. When he hit the ground, I still had a firm grip of the lower part of his jacket and I could feel him turning to his right and pulling away from me. Based on him having ran once and attempting to pull away from me again, I tackled him to the ground. Once Connerly was on the ground and I was on top of him, Ofc. Villarroel arrived and assisted in placing Connerly in handcuffs. We did so with minimal incident. I conducted a pat search for weapons which was negative.

Ofc. Villarroel assisted Connerly to his feet and walked him out of the area.

Once Connerly was out of the area, I realized that my peace keeper had fallen out of its holster sometime during the incident. I searched for my peace keeper in the path in which I chased after Connerly. About 3 feet west from the second fence that he attempted to jump, I observed a black object on the ground and assumed it was my peace keeper. Upon picking it up, I immediately recognized it as a gun. I set the gun back down where it had been. I observed that it appeared to be a Glock style handgun with a black slide and a green grip. . Additionally, I observed that the gun had an extended magazine which protruded from the handle several inches. I noted the gun was located in the direct flight path Connerly took while fleeing from me and where Connerly had landed after I pulled him off the fencing. I advised Sgt. Bonaventure and Ofc. Villarroel of the firearm. I located my peace keeper near where Connerly had been tackled.

I returned to my vehicle to move it out of the southbound lanes of Sacramento St. Upon returning to the scene, Sgt. Bonaventure requested I stand by with 5 .40 caliber bullets which were located IFO 2659 Sacramento St. I stood by with the bullets until CSO Bolla photographed them and Ofc. Villarroel took custody of them.

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE | |
|---|---|---|---|---|---|
| Hom, Nick #89 | 11/03/2017 20:26 | Parsons, Mike | 11/04/2017  00:20 | 1 | of 2 |

CONERLY-000208



**BERKELEY POLICE DEPARTMENT**
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # **2017-000[REDACTED]**

**REPORT NARRATIVE**

BPD-108 (rev. 03-29-2013)

| NARRATIVE |
|---|

Upon returning to the station, Ofc. Villarroel requested my assistance as Connerly was attempting to kick out the window of his patrol vehicle. As I walked to the BPD sally port, I could hear Connerly yelling wildly and banging against the walls and windows of the patrol vehicle. I could hear several officers attempting to calm him and ask him what was wrong. As I approached, I observed (through the window of the patrol vehicle) Connerly was slamming his head against the Plexiglas panel which separated the back of the vehicle and the driver's cabin. He would scream, then slam his face against the glass, and then scream again. He continued to yell and thrash violently throughout the remainder of his time in the vehicle. Additionally, he was verbally assaultive towards officers on scene. Several times I heard him say to Ofc. Martinez that when he got out he was going to "kill her cracker ass." I assisted with attempting to book Connerly and until BFD transported him to ABH due to self-inflicted injuries on his head.

Nothing Further.

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Hom, Nick #89 | 11/03/2017 20:26 | Parsons, Mike | 11/04/2017  00:20 | 2  of  2 |

Case Num: 2017-000[REDACTED] Page 2 OF 2

CONERLY-000209

**Arrest, Officer: COB1\SaMartinez, Supervisor: COB1\VHuynh, Merge**



## BERKELEY POLICE DEPARTMENT
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # **2017-000[redacted]**

**ARREST REPORT**

BPD-115 (rev. 03-29-2013)

### ARREST DETAILS

| REPORTED DATE / TIME - DAY | LOCATION OF OCCURRENCE | | |
|---|---|---|---|
| 11/02/2017   21:55   THU | [redacted] / BERKELEY | | |

| ARREST TYPE | ARREST STATUS | BASIS FOR CAUTION | ID PROCEDURE | BREATH ANALYZER |
|---|---|---|---|---|
| ON-VIEW BY OFFICER | BOOKED | VIOLENT OFFENDER | | |

| MIRANDA GIVEN BY | MIRANDA DATE / TIME | SUSPECT RESPONSE IF MIRANDA INVOKED | |
|---|---|---|---|
| | | | |

| STATEMENT TAKEN BY | STATEMENT TYPE | TRANSPORTING OFFICER |
|---|---|---|
| | | Villarroel, Alex #11 |

| ☑ APPARENT BROKEN BONES  ☐ LOSS OF TEETH | ☐ POSS. INTERNAL INJURIES | SUSPECT INJURIES | MEDICAL TREATMENT | HOSPITAL |
|---|---|---|---|---|
| ☑ APPARENT MINOR INJURY  ☐ NONE  ☐ POSSIBLE BROKEN NOSE  ☐ OTHER MAJOR INJURY | ☐ SEVERE LACERATIONS  ☐ UNCONSCIOUSNESS | MINOR | TREATED RELEASED | ALTA BATES - BERKELEY |

### ARRESTED SUBJECT

| ROLE | LAST, FIRST, MIDDLE, SUFFIX | RACE | SEX | DOB | AGE |
|---|---|---|---|---|---|
| AR | Conerly, David, Clayton, Jr. | B | M | 12/2/1977 | 39 |

| ADDRESS | PHONE | LICENSE | STATE | PFN |
|---|---|---|---|---|
| HOMELESS BERKELEY, CA | (925)428-8040 | B4581069 | CA | BAM674 |

| BUSINESS - OTHER ADDRESS | BUSINESS / OTHER PHONE | EMAIL ADDRESS |
|---|---|---|
| | | |

| HEIGHT | WEIGHT | HAIR | EYES | TATTOO LOCATION | TATTOO DESCRIPTION |
|---|---|---|---|---|---|
| 5' 11 | 180 | BLK | BRO | | |

| GANG AFFILIATION | NICKNAME / MONIKER | ☐ ARSON REGISTRANT  ☐ PAROLEE  ☐ DRUG REGISTRANT  ☐ SEX REGISTRANT  ☐ SOVEREIGN CITIZEN  ☑ VIOLENT OFFENDER |
|---|---|---|
| | | |

CLOTHING DESCRIPTION
Multiple layers of clothing.

### OFFENSES

| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
|---|---|---|---|
| HS   11351.5 | Possession or purchase for sale cocaine base | Committed | 1 |
| PC   245 (A)(1) | Assault with deadly weapon other than a firearm | Committed | 1 |
| PC   29800 (a) | Felon or addict possess a firearm | Committed | 1 |
| PC   30305 (a) | Prohibited person own/possess ammunition | Committed | 1 |
| PC   32310 | Manufacture/sell large capacity magazine | Committed | 1 |

### JUVENILE PROCESSING

| PARENT / GUARDIAN / RESPONSIBLE PERSON | RELATIONSHIP | ADDRESS | |
|---|---|---|---|
| | | | |

| PARENT / GUARDIAN NOTIFIED | RELATIONSHIP | NOTIFICATION OFFICER | NOTIFY DATE AND TIME |
|---|---|---|---|
| | | | |

| JUVENILE RELEASED TO | RELATIONSHIP | RELEASING OFFICER | RELEASE DATE AND TIME |
|---|---|---|---|
| | | | |

| FINGERPRINTS / PHOTO PROCESSED BY | REASON IF NOT PROCESSED | JUVENILE PHONE CALL #1 | JUVENILE PHONE CALL #2 | JUVENILE PHONE CALL #3 |
|---|---|---|---|---|
| | | | | |

### NARRATIVE

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Martinez, Samantha #21 | 11/03/2017 19:45 | Huynh, Van | 11/03/2017 11:51 | 1 of 2 |

Arrest 2017000[redacted]   Page 1 OF 2

CONERLY-000210



# BERKELEY POLICE DEPARTMENT
2100 Martin Luther King, Jr. Way, Berkeley, CA 94704
TEL: (510) 981-5900, TDD: (510) 981-5799, FAX: (510) 981-5744
EMAIL: police@cityofberkeley.info

Case # | 2017-000█████

## ARREST REPORT
## CONTINUED

BPD-116 (rev: 03-29-2013)

### ADDITIONAL OFFENSES

| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
|---|---|---|---|
| HS   11370.1 (a) | Possess controlled substance while armed w/loaded firearm | Committed | 1 |
| PC   243 (E)(1) | Battery: spouse; ex spouse; dating; etc | Committed | 1 |
| PC   4573 | Bring controlled substance into prison or jail | Committed | 2 |
| PC   243 (B) | Battery on peace officer or emergency personnel | Committed | 2 |
| PC   69 | Threat of Violence upon an Executive Officer | Committed | 4 |
| PC   25400 (a) | Person carrying a concealed firearm | Committed | 1 |
| HS   11351 | Possess/Purchase for sale narcotics controlled substance | Committed | 1 |
| PC   Not found/ Not Listed | Statute or code not found or not listed - identify actual in narrative | Committed | 1 |
| PC   667.5 (a) | Enhancement of prison terms for new offenses; prior prison terms (3 years) | Committed | 1 |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |
| SECTION | STATUTE DESCRIPTION | ATTEMPT / COMMIT | COUNTS |

| REPORTING OFFICER | DATE / TIME WRITTEN | REVIEWED BY SUPERVISOR | | PAGE |
|---|---|---|---|---|
| Martinez, Samantha  #21 | 11/03/2017  19:45 | Huynh, Van | 11/03/2017  11:51 | 2  of  2 |

# EXHIBIT 2



# EXHIBIT 3

